IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District C---
Southern District of Tex---
ENTERED
DEC 10 2007
Michael N. Milby, Clerk of Co---
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. B-07-818 |
| | § | |
| TOMAS PEREZ-FRANCISCO *alt* | § | |

## ORDER

BE IT REMEMBERED on this **10** day of **December**, 20**07**, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed September 11, 2007, wherein the Defendant Tomas Perez-Francisco waived appearance before this Court and appeared before the United States Magistrate Judge John Wm. Black for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Tomas Perez-Francisco to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Tomas Perez-Francisco guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. § 1326(a).

SIGNED this the **10** day of **December**, 20**07**.

_____
Hilda G. Tagle
United States District Judge
